# UNITED STATES DISTRICT COURT

## District of Maine

| | |
|---|---|
| **MITCHELL WALL,** | ) <br> ) <br> ) |
| **v.** | ) <br> ) **Civil No. 07-161-P-S** |
| **STATE OF MAINE,** | ) <br> ) |
| **Defendants** | ) <br> ) <br> ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 9, 2007, her Recommended Decision (Docket No. 4). Plaintiff filed his Objection to the Recommended Decision (Docket No. 6) on October 22, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's 28 U.S.C. § 2254 Petition (Docket No. 1) is **DENIED**.

/s/George Z. Singal
Chief U.S. District Judge

Dated: October 25, 2007